**Motion Granted; Dismissed and Memorandum Opinion filed December 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-11-00785-CV

_____

**MICHAEL TURNER, Appellant**

**V.**

**TEAMSTERS LOCAL UNION NO. 968 AND FIRST TRANSIT, INC., Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-83468**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from two orders signed August 5, 2011. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On November 18, 2011, appellee filed a motion to dismiss the appeal for want of jurisdiction because the summary judgments were granted in favor of only two of the

defendants, and the third defendant remains in the case.   Appellant filed no response to the motion to dismiss. The record supports appellee's motion.

We conclude this court lacks jurisdiction over this attempted appeal from interlocutory summary judgments.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.